UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALIGHT SOLUTIONS LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 1:17-cv-7112 |
| v. | ) |
| ALIGHT, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Counterdefendant, Alight Solutions LLC ("Alight Solutions"), and Defendant and Counterclaimant, Alight, Inc. ("Alight"), by and through their undersigned counsel, hereby stipulate, pursuant to the terms and conditions of the Confidential Settlement Agreement entered into between Alight Solutions and Alight, to the dismissal of all claims in the above-captioned matter with prejudice, with each party to bear its own costs and attorneys' fees.

WHEREFORE, Alight Solutions and Alight respectfully request that this Court accept the Joint Stipulation of Dismissal and enter the Proposed Order.

Dated: February 28, 2018          Respectfully Submitted By:

/s/ John A. Cullis

James T. Hultquist, Esq.
John A. Cullis, Esq.
Joshua W. Newman, Esq.
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Tel: (312) 207-1000
Fax: (312) 207-6400
jhultquist@reedsmith.com
jcullis@reedsmith.com
jnewman@reedsmith.com

*Attorneys for Alight, Inc.*

/s/ Jordan M. Heinz

Jordan M. Heinz, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
jordan.heinz@kirkland.com

Dale M. Cendali, Esq.
Claudia Ray, Esq.
Jordan M. Romanoff, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
dale.cendali@kirkland.com
claudia.ray@kirkland.com
jordan.romanoff@kirkland.com

*Attorneys for Alight Solutions LLC*